AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JUL 27 2017

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Robert Sueiro | ) | Case No. 1:17-MJ-355 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2012__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2). | Receiving and Distributing Child Pornography. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA:
James Burke

_____
*Complainant's signature*
Special Agent Kimberly A. Honicker, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/27/17

           /s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable Theresa C. Buchanan U.S. Magistrate Judge
*Printed name and title*