IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | Criminal No. 1:17-CR-284 |
|---|---|
| v. | Hon. Rossie D. Alston, Jr. |
| CHRISTOPHER ROBERT SUEIRO, Defendant. | Trial Date: March 1, 2021 |

## GOVERNMENT'S TRIAL EXHIBIT LIST

| GX | Description | Offered | Admitted |
|---|---|---|---|
| **100 Series** | | | |
| 101. | Search warrant return of residence on November 17, 2014 | | |
| 102. | Dell Laptop (Item 12) Service Tag  2VLWY81 (BULK) | | |
| 103. | Dell Laptop (Item 13) Service Tag  HPJ4391 (BULK) | | |
| 104. | Western Digital Elements External Disk (Item 13A) (BULK) | | |
| 105. | External Hard Disk (Item 13B) (BULK) | | |
| 106. | Western Digital Elements External Disk (Item 17) (BULK) | | |
| 107. | Hard Disk containing forensic images of Items 12,13,13A, 13B, 17 (BULK) | | |
| 108. | DVD containing search warrant return for email account Christopher.777@mail.com (BULK) | | |
| 109. | Search Warrant Photos from Residence | | |
| **200 Series** | | | |
| 201. | Albert Leightley CV | | |
| 202. | Albert Leightley Forensic Reports | | |
| 203. | James Fottrell CV | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| **300 Series** | | | |
| 301. | Print Screens from Item 12 | | |
| 302. | Print Screens from Item 13 (OBSCENE) | | |
| 303. | "WinMX Files Completed" folder list from Item 13 | | |
| 304. | "WinMX" Files Unfinished" folder list from Item 13 | | |
| 305. | WinMX Monitor Logs folder list from Item 13 | | |
| 306. | "transfer_20121021.txt" Log File October 21, 2012, item 13 | | |
| 307. | "transfer_20121022.txt" Log File October 22, 2012, from Item 13 | | |
| 308. | "transfer_20121023.txt" Log File October 23, 2012, from Item 13 | | |
| 309. | "transfer_20121024.txt" Log File October 24, 2012, item 13 | | |
| 310. | "transfer_20121025.txt" Log File October 25, 2012, from Item 13 | | |
| 311. | "transfer_20121026.txt" Log File October 26, 2012, from Item 13 | | |
| 312. | Combined Transfer Log List from October 21-26, 2012 | | |
| 313. | List of Completed Downloads from WinMX Monitor Logs on Item 13 for October 21-26, 2012 | | |
| 314. | List of 80 Videos Referenced in WinMX Monitor Logs from Item 13 between October 21-26, 2012 | | |
|  | 314-A: 92 Found Images/Videos Downloaded on Item 13 between October 21-26, 2012 (BULK) (OBSCENE) | | |
| 315. | Video 1: "[boy+man] S00 - Simon (Final Cum).mpg" (BULK) (OBSCENE) | | |
|  | 315-A: Storyboard of the above | | |
|  | 315-B: Video clip of the above | | |
| 316. | Video 2: "[MB] man BUTT FUCKS 10yo boy - cums+smearsit on him.avi" (BULK) (OBSCENE) | | |
|  | 316-A: Storyboard of the above | | |
|  | 316-B: Video clip of the above | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 317. | Video 3: "[MB] NEW 07 MAN SCK BOY 6YO.AVI" (BULK) (OBSCENE) | | |
| | 317-A: Storyboard of the above | | |
| | 317-B: Video clip of the above | | |
| 318. | Video 4: "2cute little boys suck man&he cums_wow5+++.mpg" (BULK) (OBSCENE) | | |
| | 318-A: Storyboard of the above | | |
| | 318-B: Video clip of the above | | |
| 319. | Video 5: "11Yo Chinese Littleboy Cumming.avi" (BULK) (OBSCENE) | | |
| | 319-A: Storyboard of the above | | |
| | 319-B: Video clip of the above | | |
| 320. | Video 6: "12yo Brasilian Boy Cums 1.avi" (BULK) (OBSCENE) | | |
| | 320-A: Storyboard of the above | | |
| | 320-B: Video clip of the above | | |
| 321. | Video 7: "2011 [MB] Daddy play with Beautiful 8yo little boy hard dick SDC10763 Vid 1 (great!!!).AVI" (BULK) (OBSCENE) | | |
| | 321-A: Storyboard of the above | | |
| | 321-B: Video clip of the above | | |
| 322. | Video 8: "2011 Julia 8yo Lisa 4yo Mike 7yo Lara 8yo suck fuck cumshot.avi" (BULK) (OBSCENE) | | |
| | 322-A: Storyboard of the above | | |
| | 322-B: Video clip of the above | | |
| 323. | Video 9: "dad sucks his 12yboy to orgasm.avi" (BULK) (OBSCENE) | | |
| | 323-A: Storyboard of the above | | |
| | 323-B: Video clip of the above | | |
| 324. | "Where to Find Kiddy Porn Message.Doc" Word Document, Item 13, May 14, 2013 | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 325. | "Ivan Story.doc" From Item 12 (explanation of syntax), Item 12, October 22, 2014 [**Page One Only**] | | |
| 326. | OMITTED | | |
| 327. | "Dino▮▮▮▮▮.sxw" document from Item 13A, October 23, 2011 | | |
| 328. | OMITTED | | |
| 329. | OMITTED | | |
| 330. | OMITTED | | |
| 331. | OMITTED | | |
| 332. | "transfer_20100711.txt" for July 11, 2010, Item 13A | | |
| 333. | "transfer_20100712.txt" for July 12, 2010, Item 13A | | |
| 334. | "transfer_20100713.txt" for July 13, 2010, Item 13A | | |
| 335. | "transfer_20100714.txt" for July 14, 2010, Item 13A | | |
| 336. | "transfer_20100715.txt" for July 15, 2010, Item 13A | | |
| 337. | "transfer_20100716.txt" for July 16, 2010, Item 13A | | |
| 338. | "transfer_20100717.txt" for July 17, 2010, Item 13A | | |
| 339. | "transfer_20100718.txt" for July 18, 2010, Item 13A | | |
| 340. | "transfer_20100719.txt" for July 19, 2010, Item 13A | | |
| 341. | "transfer_20100720.txt" for July 20, 2010, Item 13A | | |
| 342. | "transfer_20100721.txt" for July 21, 2010, Item 13A | | |
| 343. | "transfer_20100722.txt" for July 22, 2010, Item 13A | | |
| 344. | "transfer_20100723.txt" for July 23, 2010, Item 13A | | |
| 345. | "transfer_20100724.txt" for July 24, 2010, Item 13A | | |
| 346. | "transfer_20100725.txt" for July 25, 2010, Item 13A | | |
| 347. | "transfer_20100726.txt" for July 26, 2010, Item 13A | | |
| 348. | "transfer_20100727.txt" for July 27, 2010, Item 13A | | |
| 349. | "transfer_20100728.txt" for July 28, 2010, Item 13A | | |
| 350. | "transfer_20100729.txt" for July 29, 2010, Item 13A | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 351. | "transfer_20100730.txt" for July 30, 2010, Item 13A | | |
| 352. | "transfer_20100731.txt" for July 31, 2010, Item 13A | | |
| 353. | "transfer_20100801.txt" for August 1, 2010, Item 13A | | |
| 354. | "transfer_20100802.txt" for August 2, 2010, Item 13A | | |
| 355. | "transfer_20100803.txt" for August 3, 2010, Item 13A | | |
| 356. | "transfer_20100804.txt" for August 4, 2010, Item 13A | | |
| 357. | "transfer_20100805.txt" for August 5, 2010, Item 13A | | |
| 358. | OMITTED | | |
| 359. | OMITTED | | |
| 360. | List of 893 Files downloaded via WinMX from July 11, 2010 to August 5, 2010 | | |
| | 360-A: Child Pornography Samples from 893 Files Found on Item 13A Downloaded between July 11-August 5, 2010 (BULK) (OBSCENE) | | |
| 361. | Video 1: "Man + 2 Boys (cum in two boys' mouths).mpg" (BULK) (OBSCENE) | | |
| | 361-A: Storyboard of the above | | |
| | 361-B: Video clip of the above | | |
| 362. | Video 2: "PJK 18 - 2 14yo boys -.mpg" (BULK) (OBSCENE) | | |
| | 362-A: Storyboard of the above | | |
| | 362-B: Video clip of the above | | |
| 363. | Video 3: "PJK 21.mpg" (BULK) (OBSCENE) | | |
| | 363-A: Storyboard of the above | | |
| | 363-B: Video clip of the above | | |
| 364. | Video 4: "Pjk-Pthc-Kdv-Rbv-Pedo---01---Sk---Starskysh---Boys-13Yo-14Yo-Piscina-15m04S.mpg" (BULK) (OBSCENE) | | |
| | 364-A: Storyboard of the above | | |
| | 364-B: Video clip of the above | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 365. | Video 5: "RBV 76.mpg" (BULK) (OBSCENE) | | |
| | 365-A: Storyboard of the above | | |
| | 365-B: Video clip of the above | | |
| 366. | Video 6: "St. Petersburg (I07).avi" (BULK) (OBSCENE) | | |
| | 366-A: Storyboard of the above | | |
| | 366-B: Video clip of the above | | |
| 367. | Image Collage from WinMX Monitor Logs from Item 13a (OBSCENE) | | |
| 368. | WinMX Screen Print "NewWinMXFiles1.bmp" dated October 11, 2011, Item 13A | | |
| 369. | WinMX Screen Print "NewWinMXFiles2.bmp" dated October 11, 2011, Item 13A | | |
| 370. | 18 Videos Referenced in NewWinMXFiles Screen Prints (File List) | | |
| 371. | Video 1: "Preteen boy 6yr + man (DivX 5 Pro).avi" (BULK) (OBSCENE) | | |
| | 371-A: Storyboard of the above | | |
| | 371-B: Video clip of the above | | |
| 372. | Video 2: "Zak 11yo.avi" (BULK) (OBSCENE) | | |
| | 372-A: Storyboard of the above | | |
| | 372-B: Video clip of the above | | |
| 373. | Video 3: "Cell Phone Video - 11yo boy&girl fucking in the child`s camp better quality.avi" (BULK) (OBSCENE) | | |
| | 373-A: Storyboard of the above | | |
| | 373-B: Video clip of the above | | |
| 374. | Video 4: "!New- Blowing The Beauty(12y.b).avi" (BULK) (OBSCENE) | | |
| | 374-A: Storyboard of the above | | |
| | 374-B: Video clip of the above | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 375. | Video 5: "little boy bb & mom jerks off toddler.avi" (BULK) (OBSCENE) | | |
| | 375-A: Storyboard of the above | | |
| | 375-B: Video clip of the above | | |
| 376. | OMITTED | | |
| 377. | Boymania file "Chandler ▮ Post On Boy Mania Site.sxw" dated June 20, 2012, Item 17 | | |
| 378. | OMITTED | | |
| 379. | OMITTED | | |
| 380. | OMITTED | | |
| 381. | OMITTED | | |
| 382. | OMITTED | | |
| 383. | OMITTED | | |
| 384. | Windows Media Player for Item 13 | | |
| 385. | OMITTED | | |
| **400 Series** | | | |
| 401. | [REMOVED] | | |
| 402. | [REMOVED] | | |
| 403. | "Absent Day on Tuesday.doc" Letter to Supervisor, Item 12, October 14, 2014 | | |
| 404. | OMITTED | | |
| 405. | "First To The Finish Order Confirmation.jpg" Order on September 28, 2014, Item 12, September 28, 2014 | | |
| 406. | "Foot Locker Order Confirmation Page 1.jpg" On September 28, 2014, Item 17, September 28, 2014 | | |
| 407. | OMITTED | | |
| 408. | OMITTED | | |
| 409. | OMITTED | | |
| 410. | OMITTED | | |
| 411. | OMITTED | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 412. | OMITTED | | |
| 413. | OMITTED | | |
| 414. | OMITTED | | |
| 415. | OMITTED | | |
| 416. | OMITTED | | |
| 417. | "Kyle.sxw" Document from Item 13A (9/14/2011) | | |
| 418. | "Kyle Letter To Send Around His Birthday (Ready To Send).doc" from Item 13 (9/9/2013) | | |
| 419. | "Kyle Letter.doc" from Item 12 (9/18/2014) | | |
| **500 Series** | | | |
| 501. | "Fucked Up Letter.doc" | | |
| 502. | OMITTED | | |
| 503. | OMITTED | | |
| 504. | OMITTED | | |
| 505. | OMITTED | | |
| 506. | OMITTED | | |
| 507. | OMITTED | | |
| 508. | OMITED | | |
| 509. | Email 1 from Christopher777@mail.com: 10/29/2014, 2:06 AM | | |
| 510. | OMITTED | | |
| 511. | OMITTED | | |
| 512. | OMITTED | | |
| 513. | OMITTED | | |
| 514. | OMITTED | | |
| 515. | OMITTED | | |
| 516. | OMITTED | | |
| 517. | OMITTED | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 518. | OMITTED | | |
| **600 Series** | | | |
| 601. | Sample Images from Item 12, My Pictures Folder (OBSCENE) | | |
| 602. | Sample Images from Item 13, My Pictures Folder (OBSCENE) | | |
| 603. | Sample Images from Item 13A, folder named "pt&t Pics - Boy, Pictures of boy porn, 5 Sets, 1304p" (OBSCENE) | | |
| 604. | Sample Videos from Item 13B, folder named "Stuff From Third Computer\Darknet Files" (OBSCENE) | | |
| 605. | Sample Images from Item 17, folder "My Pictures (Move Back Later)\[MB] blue orchid rare\new blue orchid" (OBSCENE) | | |
| **700 Series** | | | |
| 701. | "Darknet Stuff And Other Stuff.txt" From Item 12 | | |
| 702. | "[Website A][1] Hello Message Posted.doc" From Item 12 | | |
| 703. | "Questions of a newb on Darknet.doc" From Item 12 | | |
| 704. | "Mailtor page and possible E-mail address to make later.txt" | | |
| 705. | "Darknet Files" Folder Listing | | |
| 706. | Videos from "Darknet Files" Folder (BULK) (OBSCENE) | | |
| 707. | Video File "PJK011 (Best Part Missing WTF).mp4" (BULK) (OBSCENE) | | |
| | 707-A: Storyboard of the above | | |
| | 707-B: Video clip of the above | | |
| 708. | Tor Firefox Bookmarks Listing | | |
| 709. | Firefox SessionStore Artifact Report | | |
| 710. | Firefox Web History | | |
| 711. | "Sueiro-TA-JF" Report dated January 9, 2018 | | |

---

[1] The true name of "Website A"—an online bulletin board dedicated to child pornography of preteen boys—is known to law enforcement. It has been replaced in this filing as indicated by brackets.

9

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 712. | Web Page "[Website A] • Index page-not-logged in.htm" | | |
| 713. | Web Page "[Website A] • Index page-logged in.htm" | | |
| 714. | Web Page "[Website A] • Search-boylovervids.htm" | | |
| 715. | Web Page "[Website A] • Viewing profile - BoyLoverVids.htm" | | |
| 716. | Web Page "[Website A] • Search results-1.htm" | | |
| 717. | Web Page "[Website A] • Search results-2.htm" | | |
| 718. | Web Page "[Website A] • View topic - Questions of a newb post 09.htm" | | |
| 719. | "Hardcore" section of board | | |
| 720. | "Boy And Sister" post on board | | |
| 721. | Web Page "[Website A] • View topic - Hello, everyone. I'm new here-post 01.htm" | | |
| 722. | Web Page "[Website A] • View topic - PJK series.htm p-01" | | |
| 723. | Web Page "PJK p-02" | | |
| 724. | Web Page "PJK p-03" | | |
| 725. | Web Page "PJK p-14" | | |
| 726. | [REMOVED] | | |
| 727. | Web Page "PJK p-13" | | |
| 728. | Web Page "Pro BJ in Car" | | |
| **800 Series** | | | |
| 801. | FP&F Handwritten Letter dated June 18, 2017 | | |
| 802. | MacPherson Death Certificate | | |
| **900 Series** | | | |
| 901. | 902(11) Certificate for Mail.com search warrant | | |
| **1000 Series** | | | |
| 1001. | Transcript of Jury Trial – Prince William County, March 14, 2016 | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 1002. | Fairfax County Conviction Record | | |
| 1003. | Prince William County Conviction Record | | |
| 1004. | Transcript of Jury Trial – Fairfax County, April 29, 2016 | | |
| 1005. | [PLACEHOLDER] | | |

//

//

Respectfully submitted,

RAJ PAREKH
Acting United States Attorney

By:           /s/
Nathaniel Smith III
Assistant United States Attorney
James E. Burke IV
Special Assistant United States Attorney (LT)
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: nathaniel.smith2@usdoj.gov
Email: james.burke4@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record for the defense.


By:       /s/
       Nathaniel Smith III
       Assistant United States Attorney
       U.S. Attorney's Office
       Eastern District of Virginia
       2100 Jamieson Avenue
       Alexandria, VA 22314
       Phone: (703) 299-3700
       Fax: (703) 299-3980
       Email: james.burke4@usdoj.gov
       Email: nathaniel.smith2@usdoj.gov