FILED: February 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4413
(1:17-cr-00284-RDA-1)

_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

CHRISTOPHER ROBERT SUEIRO

 Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk